IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KENNETH EADY and JULIE EADY, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MEDICAL DEPOT, INC. d/b/a ) <br> DRIVE DEVILBISS HEALTHCARE, ) <br> et al., ) <br> Defendants. ) | CIVIL CASE NO. 3:17-cv-709-ECM <br> [wo] |

## **O R D E R**

Upon consideration of the parties' Joint Stipulation of Dismissal with Prejudice (doc. 87), filed on March 18, 2020, seeking a pro tanto settlement, which comports with FED.R.CIV.P. 41(a)(1)(A)(ii), the claims against Defendant Medical Depot, Inc. d/b/a/ Drive Devilbiss Healthcare have been dismissed with prejudice by operation of Rule 41, on the terms agreed to and set out by the parties.

DONE this 19th day of March, 2020.

　　　　　　　　　　　　　　　　/s/ Emily C. Marks
　　　　　　　　　　　　　　　EMILY C. MARKS
　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE