IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENNETH EADY and JULIE EADY, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIV. ACT. NO. 3:17cv709-ECM |
| | )                (WO) |
| FORT METAL PLASTIC CO., LTD., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

It is ORDERED that the evidentiary hearing previously set in this case is re-set on **December 21, 2020** at **10:00 a.m**. in Courtroom 2F of the Frank M. Johnson, Jr. Courthouse Complex, One Church Street.

DONE this 1st day of December, 2020.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE