IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KENNETH EADY and JULIE EADY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIV. ACT. NO. 3:17cv709-ECM |
| | ) | (WO) |
| FORT METAL PLASTIC CO., LTD., | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

In accordance with the memorandum opinion and orders entered in this case, it is the ORDER, JUDGMENT and DECREE of the Court that default judgment is entered in favor of the Plaintiffs and against the Defendant on Kenneth Eady's claims in the amount of $1,500,000.00 and on Julie Eady's claim in the amount of $500,000.00.

This case is DISMISSED with prejudice.

Costs are taxed against the Defendant for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to FED.R.CIV.P. 58.

DONE this 26th day of January, 2021.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE